UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KIRA MATHESON,

    Plaintiff(s),

v.

GOOD SAMARITAN LUTHERAN CHURCH OF LAS VEGAS, NEVADA,

    Defendant(s).

Case No.: 2:18-cv-01105-APG-NJK

**Order**

(Docket No. 11)

Before the Court is the parties' joint proposed discovery plan and scheduling order seeking special scheduling review. Docket No. 11. The parties seek an extended discovery period of 242 days measured from July 12, 2018, the date Defendant first answered or appeared. *Id.* at 2; *see also* Local Rule 26-1(b)(1).

A discovery period longer than the presumptively reasonable discovery period of 180 days "must include...a statement of the reasons why longer or different time periods should apply...." Local Rule 26-1(a). The parties ask for an extended discovery period because they "would like to withhold commencing their formal discovery until after their ENE [on October 9, 2018]," to save costs. Docket No. 11 at 2. This statement constitutes a request to stay discovery pending completion of the ENE.

The parties, however, fail to address, let alone meet, the standards for a stay of discovery. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011). Moreover, parties may not institute a self-imposed stay on discovery. *See id.* at 597.

1

Accordingly, the Court **DENIES** without prejudice the parties' joint proposed discovery plan. Docket No. 11. The parties shall file a renewed joint proposed discovery plan no later than August 28, 2018.

IT IS SO ORDERED.

Dated: August 24, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge