# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIRA MATHESON,

    Plaintiff(s),

v.

GOOD SAMARITAN LUTHERAN CHURCH OF LAS VEGAS, NEVADA, et al.,

    Defendant(s).

Case No.: 2:18-cv-01105-APG-NJK

**Order**

[Docket No. 21]

Pending before the Court is a stipulation to extend the discovery cutoff and various other deadlines by 90 days. Docket No. 21. Requests to extend unexpired deadlines in the scheduling order must be supported by a showing of good cause. Local Rule 26-4. Good cause exists to modify the scheduling order when the current deadlines cannot reasonably be met despite the parties' diligence. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

In this instance, the parties seek a lengthy extension based on the unelaborated assertion that Plaintiff has not to date provided medical authorizations despite the parties' agreement that she do so. *E.g.*, Docket No. 21 at 2-3 ("Plaintiff's counsel has had some difficulty in having his client execute Medical Authorizations previously agreed to be provided"). When a plaintiff chooses to file suit, she has an obligation to prosecute her claims. *See* Fed. R. Civ. P. 41(b). No

1

reason of any kind is provided as to why Plaintiff has not provided the medical authorizations and the conduct as described is antithetical to a showing of diligence.[1]

Accordingly, the stipulation to extend deadlines is **DENIED**. Plaintiff is **ORDERED** to provide medical authorizations by October 25, 2018.

IT IS SO ORDERED.

Dated: October 22, 2018

                                                           Nancy J. Koppe
                                                           United States Magistrate Judge

---

[1] The other reasons alluded to are also insufficient, including that there are several depositions that remain, that the parties previously attended an early neutral evaluation, and that the upcoming holiday season will delay proceedings. The Court trusts that the parties can use the 78 days remaining in the discovery period to complete the discovery identified.

2