WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - Telephone
(702) 383-0701 - Fax
wcannon@ocgas.com
Attorney for Defendants
Good Samaritan Lutheran Church
of Las Vegas, Nevada, aka
Good Samaritan Lutheran Church and
Good Samaritan Christian Academy

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRA MATHESON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GOOD SAMARITAN LUTHERAN CHURCH OF LAS VEGAS, NEVADA, a/k/a GOOD SAMARITAN LUTHERAN CHURCH and GOOD SAMARITAN CHRISTIAN ACADEMY, a Nevada Nonprofit Corporation, <br><br> Defendant. | CASE NO. 2:18-cv-01105-APG-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, Kira Matheson, JAKUB P. MEDRALA, ESQ., of THE MEDRALA LAW FIRM, PROF. LLC, and counsel for the Defendants, Good Samaritan Lutheran Church of Las Vegas, Nevada, a/k/a Good Samaritan Lutheran Church and Good Samaritan Christian Academy, WALTER R. CANNON, ESQ., of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, that the above-entitled action may be dismissed with prejudice; each side to bear their own costs and attorney's fees.

DATED this 9th day of November, 2018.

| THE MEDRALA LAW FIRM, PROF. LLC | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
|---|---|
| BY: /s/ Jakub P. Medrala<br>JAKUB P. MEDRALA, ESQ.<br>Nevada Bar No. 12822<br>1091 S. Cimarron Road, Suite A-1<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff | BY: /s/ Walter R. Cannon<br>WALTER R. CANNON, ESQ.<br>Nevada Bar No. 1505<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendants |

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2018.

Submitted by:

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY: /s/ Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants